# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANARD COBBS, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KERN COUNTY, *et al.*,<br><br>　　　　Defendants. | Case No. 1:23-cv-00360-CDB (PC)<br><br>ORDER TO PAY FILING FEE IN FULL OR SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Leanard Cobbs, Jr., is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915.

Accordingly, it is ORDERED that, **within forty-five (45) days** from the date of service of this Order, Plaintiff shall prepay the $402.00 filing fee in full OR submit the attached application to proceed *in forma pauperis*, completed and signed. **No requests for extensions of time will be granted absent a timely filing establishing good cause. Plaintiff's failure to comply with this Order will result in a recommendation for dismissal of the action without further notice.**

The Clerk of Court is directed to provide Plaintiff with an IFP application.

IT IS SO ORDERED.

　Dated:  **March 14, 2023**　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE