UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANARD COBBS, JR., <br><br>                Plaintiff, <br><br>        v. <br><br> KERN COUNTY, *et al.*, <br><br>                Defendants. | Case No. 1:23-cv-00360-CDB (PC) <br><br> ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* <br><br> (Doc. 5) <br><br> ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE KERN COUNTY SHERIFF |

      Plaintiff Leanard Cobbs, Jr., is a county jail inmate proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and has made the showing required by subsection 1915(a). Accordingly, the request to proceed *in forma pauperis* is granted.

      Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action and to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. 28 U.S.C. § 1915(b)(1). The Kern County Sheriff is required to send to the Clerk of Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. 1915(b)(2).

      Accordingly, it is hereby ORDERED:

      1.      Plaintiff's application to proceed *in forma pauperis*, (Doc. 2), is GRANTED;

**2.     The Kern County Sheriff or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of Court. The payments shall be clearly identified by the name and number assigned to this action.**

3.     The Clerk of Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Lerdo Justice Facility located at 17695 Industrial Farm Road, Bakersfield, CA 93308.

4.     The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5.     Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint if he has not done so already.

IT IS SO ORDERED.

Dated:   **April 3, 2023**                              _____
                                                                              UNITED STATES MAGISTRATE JUDGE