UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANARD COBBS, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>KERN COUNTY, et al.,<br><br>    Defendants. | Case No.: 1: 23-cv-00360-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br><br>Doc. 12 |

Plaintiff Leanard Cobbs Jr. is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Docs. 1, 7. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 5, 2024, the assigned magistrate judge screened plaintiff's complaint and found that it failed to state a claim upon which relief could be granted. Doc. 10 at 13. In the screening order, the magistrate judge provided plaintiff the option to either: (1) file an amended complaint curing the deficiencies identified by the Court in its order, or (2) file a notice of voluntary dismissal within twenty-one days. *Id*. at 14. The magistrate judge also expressly warned plaintiff that failure to comply with the order would result in the recommendation that the action be dismissed. *Id.* Plaintiff failed to file an amended complaint or notice of voluntary dismissal. *See* Docket.

On December 4, 2024, the assigned magistrate judge recommended this action be dismissed for plaintiff's failure to obey a court order and failure to prosecute. Doc. 12. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days of service. *Id*. at 4. Plaintiff did not file any objections, and the deadline to do so has passed. Nor has plaintiff otherwise communicated with the Court to date.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on December 4, 2024, Doc. 12, are adopted in full;
2. This action is dismissed, without prejudice, for failure to prosecute and failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   January 3, 2025

UNITED STATES DISTRICT JUDGE

2